UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 10-3552
_____

UNITED STATES OF AMERICA,
Appellant

v.

MICHAEL WRIGHT and
RANDALL WRIGHT

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Nos. 5:09-cr-00270-001 & 5:09-cr-00270-002)
District Judge:  Honorable Lawrence F. Stengel

Present:     McKEE, Chief Judge, SLOVITER, SCIRICA, RENDELL, AMBRO,
             FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN,
             GREENAWAY, JR., VANASKIE, and ALDISERT, Circuit Judges

**ORDER**

Upon further consideration, this Court concludes that rehearing *en banc* is not necessary in the above-captioned case.  Accordingly, the order of this Court, dated July 6, 2012, ordering rehearing *en banc* is hereby vacated.

By the Court,

/s/ Theodore A. McKee
Chief Circuit Judge

Dated:  July 11, 2012

Smw/cc:      Robert A. Zauzmer, Esq.
             Mark S. Greenberg, Esq.
             Michael N. Huff, Esq.